# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2019

*The Court of Appeals hereby passes the following order*

## A20D0104. MONICA BARRONTON v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2019CV02744



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, October 25, 2019.

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.